Scott M. Grace  S.B.N. 236621
Luftman, Heck & Associates, LLP
1958 Sunset Cliffs Boulevard
San Diego, CA 92107
sgrace@lawlh.com
Phone: 619-346-4600
Fax:  619-923-3661

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDA CUNHA,<br><br>                Plaintiff,<br><br>         vs.<br><br>CREDIT CONTROL, LLC ,<br><br>                Defendant. | Case No.:   '14CV2362 LAB JMA<br><br>COMPLAINT<br>DEMAND FOR JURY TRIAL |

### INTRODUCTION

1.    This is an action for actual damages, statutory damages, attorney fees and costs brought by an individual consumer, FERNANDA CUNHA, (hereinafter Plaintiff) for CREDIT CONTROL, LLC,  hereinafter (CREDIT CONTROL) violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive and unfair practices.

2.     Plaintiff makes these allegations on information and belief, with the exception of those allegations that pertain to a plaintiff, or to plaintiff's counsel, which Plaintiff alleges on personal knowledge.

3.     While many violations are described below with specificity, this Complaint alleges violations of the statutes cited in their entirety.

## JURISDICTION AND VENUE

4.     This action arises out of Defendant's repeated violations of the FDCPA under 15 U.S.C. §1692, *et seq*.

5.     Jurisdiction arises pursuant to 15 U.S.C. §1692(k).

6.     Venue is proper in this Court pursuant to 28 U.S.C. §1391.

## THE PARTIES

7.     Plaintiff is a natural person residing in San Diego, California.

8.     Plaintiff is a "consumer" within the meaning of 15 U.S.C. §1692a(3) of the FDCPA in that she is a natural person purportedly obligated to pay a credit card debt owed to Credit Control (hereinafter "Debt").

9.     At all times relevant herein, Defendant Credit Control was a company engaged, by use of the mails and/or telephone in the business of collecting debts, as defined by 15 U.S.C. §1692a(5).

10.    Credit Control regularly attempts to collect debts alleged to be due another and is therefore a debt collector within the meaning of 15 U.S.C. §1692a(6). Since Credit Control does business in the state of California, and committed the acts that form the basis for this suit in the state of California, this Court has personal jurisdiction over Credit Control for purposes of this action.

# FACTUAL ALLEGATIONS

11.     At all times herein, Defendant Credit Control was attempting to collect, from Plaintiff, a debt as defined by 15 U.S.C. §1692a(5).

12.     Prior to January 8, 2014, Plaintiff allegedly became delinquent in the payment owed on the alleged debt. Plaintiff currently neither admits nor denies that the alleged debt is valid.

13.     Prior to January 8, 2014, the alleged debt was assigned, placed, or otherwise transferred to Defendant Credit Control for collection.

14.     On or about January 8, 2014, Plaintiff hired the Law Firm of Luftman, Heck & Associates, LLP (hereinafter "Luftman, Heck & Associates") to represent her with respect to negotiating a settlement of the alleged Debt.

15.     On January 8, 2014, Luftman, Heck & Associates sent a "Power of Attorney" notice (Exhibit 1) to Defendant Credit Control via email on behalf of Plaintiff.

16.     Despite having received the "Power of Attorney" on behalf of Plaintiff, Defendant Credit Control continued to attempt to collect the alleged debt from Plaintiff, and sent a collection letter dated February 14, 2014 to Plaintiff at her residence. (Exhibit 2)

17.     The statements in Exhibit 2 were communications within the meaning of 15 U.S.C. §1692a(2).

18.     On February 27, 2014, Luftman, Heck & Associates contacted Defendant Credit Control via email regarding the collection letter (Exhibit 2) which was sent to Plaintiff, and re-submitted the "Power of Attorney" (Exhibit 1) to Defendant Credit Control. This was further confirmation to Defendant Credit Control that Plaintiff was represented by counsel.

19.     Despite having received the "Power of Attorney" on two occasions on behalf of Plaintiff, Defendant Credit Control continued to attempt to collect the alleged

debt from Plaintiff, and sent another collection letter dated March 24, 2014 to Plaintiff at her residence (Exhibit 3).

20.     The statements in Exhibit 3 were communications within the meaning of 15 U.S.C. §1692a(2).

21.     Despite having received the "Power of Attorney" on at least two occasions on behalf of Plaintiff, Defendant Credit Control continued to attempt to collect the alleged debt from Plaintiff, and sent another collection letter dated April 7, 2014 to Plaintiff at her residence (Exhibit 4).

22.     The statements in Exhibit 4 were communications within the meaning of 15 U.S.C. §1692a(2).

23.     Despite having received the "Power of Attorney" on at least two occasions on behalf of Plaintiff, Defendant Credit Control continued to attempt to collect the alleged debt from Plaintiff, and sent another collection letter dated May 9, 2014 to Plaintiff at her residence (Exhibit 5).

24.     The statements in Exhibit 5 were communications within the meaning of 15 U.S.C. §1692a(2).

25.     At no time had the defendant received permission from the Law Firm of Luftman, Heck & Associates to contact Plaintiff.

26.     Defendant Credit Control knew and could readily ascertain the address of Plaintiff's counsel, and in fact did contact Plaintiff's counsel during this period of time.

27.     Defendant knew or could readily ascertain that Plaintiff's counsel had not consented to a direct communication with Plaintiff.

28.     Through the above conduct, Defendant Credit Control repeatedly communicated with Plaintiff after Defendant knew Plaintiff to be represented by an attorney. Consequently, Defendant Credit Control violated 15 U.S.C. §1692c(a)(2).

29.     Through the above conduct, Defendant Credit Control has engaged in conduct the natural consequence of which is to harass, oppress, or abuse any person in

connection with the alleged debt. Consequently, Defendant Credit Control violated 15 U.S.C. §1692d.

## CLAIM FOR RELEIF
### (Violations of the FDCPA)

30.    Plaintiff repeats, re-alleges, and incorporates by reference all the allegations contained in the paragraphs above.

31.    Defendant violated the FDCPA.  The violations include, but are not limited to, the following:

(1) communicating with the consumer by means of the above mentioned notices after knowing she was represented by counsel in violation of  15 U.S.C. §1692c(a)(2);

(2) engaged in conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of the alleged debt in violation of 15 U.S.C. §1692d.

32.    As a result of the Defendant's actions, Plaintiff is entitled to actual damages, statutory damages, attorney's fees and costs of this action.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that judgment be entered against Defendant Credit Control, and for Plaintiff, and prays for the following relief:

1.    An award of actual damages against Defendant Credit Control pursuant to 15 U.S.C. §1692k(a)(1);

2.    An award of statutory damages of $1,000.00 against Defendant Credit Control pursuant to 15 U.S.C. §1692k(a)(2)(A);

3.    An award of costs of litigation and reasonable attorney's fees against Defendant Credit Control, pursuant to 15 U.S.C. §1692k(a)(3);

4.    Such other and further relief this court may deem just and proper.

## **TRIAL BY JURY**

33.    Pursuant to the seventh amendment to the Constitution of the United States of America, Plaintiff is entitled to, and hereby demands, a trial by jury.

Dated: October 6, 2014                                    Luftman, Heck and Associates
                                                         By s/ Scott M. Grace
                                                         Attorney for Plaintiff,
                                                         E-mail: sgrace@lawlh.com

JS 44   (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| Fernanda Cunha | Credit Control, LLC |

| (b)   County of Residence of First Listed Plaintiff   San Diego | County of Residence of First Listed Defendant |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF<br>THE TRACT OF LAND INVOLVED. |

| (c)   Attorneys *(Firm Name, Address, and Telephone Number)*<br>Scott M. Grace, Luftman, Heck & Associates, LLP<br>1958 Sunset Cliffs Boulevard, San Diego, CA 92107<br>(619) 346-4611 | Attorneys *(If Known)*<br>**'14CV2362 LAB JMA** |
|---|---|

## II.  BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❏ 1   U.S. Government<br>        Plaintiff

☒ 3   Federal Question<br>        *(U.S. Government Not a Party)*

❏ 2   U.S. Government<br>        Defendant

❏ 4   Diversity<br>        *(Indicate Citizenship of Parties in Item III)*

## III.  CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                                  *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place<br>of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place<br>of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a<br>Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance<br>❏ 120 Marine<br>❏ 130 Miller Act<br>❏ 140 Negotiable Instrument<br>❏ 150 Recovery of Overpayment<br>     & Enforcement of Judgment<br>❏ 151 Medicare Act<br>❏ 152 Recovery of Defaulted<br>     Student Loans<br>     (Excludes Veterans)<br>❏ 153 Recovery of Overpayment<br>     of Veteran's Benefits<br>❏ 160 Stockholders' Suits<br>❏ 190 Other Contract<br>❏ 195 Contract Product Liability<br>❏ 196 Franchise | **PERSONAL INJURY**<br>❏ 310 Airplane<br>❏ 315 Airplane Product<br>     Liability<br>❏ 320 Assault, Libel &<br>     Slander<br>❏ 330 Federal Employers'<br>     Liability<br>❏ 340 Marine<br>❏ 345 Marine Product<br>     Liability<br>❏ 350 Motor Vehicle<br>❏ 355 Motor Vehicle<br>     Product Liability<br>❏ 360 Other Personal<br>     Injury<br>❏ 362 Personal Injury -<br>     Medical Malpractice | **PERSONAL INJURY**<br>❏ 365 Personal Injury  -<br>     Product Liability<br>❏ 367 Health Care/<br>     Pharmaceutical<br>     Personal Injury<br>     Product Liability<br>❏ 368 Asbestos Personal<br>     Injury Product<br>     Liability<br>**PERSONAL PROPERTY**<br>❏ 370 Other Fraud<br>❏ 371 Truth in Lending<br>❏ 380 Other Personal<br>     Property Damage<br>❏ 385 Property Damage<br>     Product Liability | ❏ 625 Drug Related Seizure<br>     of Property 21 USC 881<br>❏ 690 Other | ❏ 422 Appeal 28 USC 158<br>❏ 423 Withdrawal<br>     28 USC 157<br><br>**PROPERTY RIGHTS**<br>❏ 820 Copyrights<br>❏ 830 Patent<br>❏ 840 Trademark<br><br>**LABOR**<br>❏ 710 Fair Labor Standards<br>     Act<br>❏ 720 Labor/Management<br>     Relations<br>❏ 740 Railway Labor Act<br>❏ 751 Family and Medical<br>     Leave Act<br>❏ 790 Other Labor Litigation<br>❏ 791 Employee Retirement<br>     Income Security Act | ❏ 375 False Claims Act<br>❏ 400 State Reapportionment<br>❏ 410 Antitrust<br>❏ 430 Banks and Banking<br>❏ 450 Commerce<br>❏ 460 Deportation<br>❏ 470 Racketeer Influenced and<br>     Corrupt Organizations<br>☒ 480 Consumer Credit<br>❏ 490 Cable/Sat TV<br>❏ 850 Securities/Commodities/<br>     Exchange<br>❏ 890 Other Statutory Actions<br>❏ 891 Agricultural Acts<br>❏ 893 Environmental Matters<br>❏ 895 Freedom of Information<br>     Act<br>❏ 896 Arbitration |
| **REAL PROPERTY**<br>❏ 210 Land Condemnation<br>❏ 220 Foreclosure<br>❏ 230 Rent Lease & Ejectment<br>❏ 240 Torts to Land<br>❏ 245 Tort Product Liability<br>❏ 290 All Other Real Property | **CIVIL RIGHTS**<br>❏ 440 Other Civil Rights<br>❏ 441 Voting<br>❏ 442 Employment<br>❏ 443 Housing/<br>     Accommodations<br>❏ 445 Amer. w/Disabilities -<br>     Employment<br>❏ 446 Amer. w/Disabilities -<br>     Other<br>❏ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>❏ 463 Alien Detainee<br>❏ 510 Motions to Vacate<br>     Sentence<br>❏ 530 General<br>❏ 535 Death Penalty<br>**Other:**<br>❏ 540 Mandamus & Other<br>❏ 550 Civil Rights<br>❏ 555 Prison Condition<br>❏ 560 Civil Detainee -<br>     Conditions of<br>     Confinement | **IMMIGRATION**<br>❏ 462 Naturalization Application<br>❏ 465 Other Immigration<br>     Actions | **SOCIAL SECURITY**<br>❏ 861 HIA (1395ff)<br>❏ 862 Black Lung (923)<br>❏ 863 DIWC/DIWW (405(g))<br>❏ 864 SSID Title XVI<br>❏ 865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br>❏ 870 Taxes (U.S. Plaintiff<br>     or Defendant)<br>❏ 871 IRS—Third Party<br>     26 USC 7609 | ❏ 899 Administrative Procedure<br>     Act/Review or Appeal of<br>     Agency Decision<br>❏ 950 Constitutionality of<br>     State Statutes |

## V.  ORIGIN *(Place an "X" in One Box Only)*

☒ 1   Original<br>        Proceeding

❏ 2   Removed from<br>        State Court

❏ 3   Remanded from<br>        Appellate Court

❏ 4   Reinstated or<br>        Reopened

❏ 5   Transferred from<br>        Another District<br>        *(specify)*

❏ 6   Multidistrict<br>        Litigation

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. §1692
Brief description of cause:
Fair Debt Collection Practices Act violations

| VII.  REQUESTED IN<br>COMPLAINT: | ❏ CHECK IF THIS IS A **CLASS ACTION**<br>UNDER RULE 23, F.R.Cv.P. | DEMAND $<br>75,000.00 | CHECK YES only if demanded in complaint:<br>JURY DEMAND:    ☒ Yes   ❏ No |
|---|---|---|---|

| VIII.  RELATED CASE(S)<br>IF ANY | *(See instructions):*<br>JUDGE _____ | DOCKET NUMBER _____ |
|---|---|---|

| DATE<br>10/06/2014 | SIGNATURE OF ATTORNEY OF RECORD<br>/s/ Scott M. Grace |
|---|---|

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

**Table Of Contents For Exhibits**

Exhibit 1:  Power of Attorney                                                    page 1

Exhibit 2:  Letter from Credit Control, LLC dated February 14, 2014              page 2

Exhibit 3:  Letter from Credit Control, LLC dated March 24, 2014                page 3

Exhibit 4:  Letter from Credit Control, LLC dated April 7, 2014                  page 4

Exhibit 5:  Settlement Offer Letter dated May 9, 2014                            page 5

**LUFTMAN, HECK & ASSOCIATES** LLP
Attorneys at Law

# <u>Power of Attorney</u>

I, Fernanda Cunha, hereby appoint Scott Grace, Esq., paralegals, and staff employed by Luftman, Heck & Associates, LLP to perform each and every act that may be necessary or convenient in settling outstanding debts.

To Wit: Review debts, request credit information, communicate with my creditors to negotiate settlement of outstanding obligations, change account addresses, phone numbers, or any other account information, negotiate repayment terms, and forward payments pursuant to agreements.

Executed this _08_ day of _JANUARY_, in the year of 2014.

_Fernanda S Cunha_

Fernanda Cunha

Exhibit 1

Jeremiah E. Heck*          Benjamin L. Luftman*     David B. Schultz*     Daniel J. Sabol*     Michelle L. Pierro*     Paul S. Kuzmickas*     Kelly L. Wilson*     Katherine L. Keenan*
Scott M. Grace¹             Chase A. Mallory²         Megan M. DiVincenzo*   David E. Byrnes*     Bradley J. Groene*                                                  Attorney Licensed in *Ohio Only ¹Ohio & California ²Ohio & Pennsylvania

1 E Rich St                 ☎ 614-224-1500           810 Sycamore St. Floor 3    ☎ 513-338-1890    2012 W 25ᵗʰ St. Ste 701    ☎ 216-539-9325    1958 Sunset Cliffs Blvd    ☎ 614-744-6014
Columbus, OH 43215-5335     ☎ 614-224-2694           Cincinnati, OH 45202-2160   ☎ 513-338-1928    Cleveland, OH 44113-4131   ☎ 216-539-9326    San Diego, CA 92107-2824   ☎ 614-933-1399

*Credit Control, LLC*

PO Box 31179 • Tampa, FL 33631
Office Hours Mon-Thur 8am to 8pm
Friday 8am to 5pm • Saturday 9am to 5pm
(800) 670-9944

PO Box 31179
Tampa FL 33631-3179
ADDRESS SERVICE REQUESTED

Account #:4996679
Balance:   $14112.82

February 14, 2014

604      244464651

Fernanda Cunna
1829 Capistrano St
San Diego CA 92106-1705

Credit Control, LLC
PO Box 31179
Tampa FL 33631-3179

***Detach Upper Portion and Return with Payment***

Collection Agency For: CITIBANK  N.A.
Account #:      4996679
Balance:       $14112.82

### SETTLEMENT OFFER / SAVE NOW/ TAX TIME!!!!!!!!!!!!!!!!!!!!!!!!!!!!

Please be advised Credit Control LLC. has been authorized to offer a settlement on the above referenced Sears Gold Mastercard account.

Funds in the amount of $7056.41 must be received in our office no later than February 25, 2014.

You may issue payment over the phone via check or debit card free of charge.

If you are unable to pay the settlement amount, please contact our office to discuss a payment arrangement on the balance.

"We are not obligated to renew this offer."

Whenever $600.00 or more in principal of a debt is discharged as a result of settling a debt for less than the balance owing, the creditor may be required to report the amount of the debt discharged to the Internal Revenue Service on a 1099C form, a copy of which would be mailed to you by the creditor.  If you are uncertain of the legal or tax consequences, we encourage you to consult your legal or tax advisor.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They must not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person , other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. As required by law, you are hereby notified that a negative credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

198ONCRCT01604

Exhibit 2

*Credit Control, LLC*

PO Box 31179
Tampa FL 33631-3179
ADDRESS SERVICE REQUESTED

PO Box 31179 • Tampa, FL 33631
Office Hours Mon-Thur 8am to 8pm
Friday 8am to 5pm • Saturday 9am to 5pm
(800) 670-9944

March 24, 2014

Account #:4996679
Balance:   $14112.82

604      272985801

ldhhdhlhdldhllhlllhphdhhllphlll

Fernanda Cunna
1829 Capistrano St
San Diego CA 92106-1705

Credit Control, LLC
PO Box 31179
Tampa FL 33631-3179

ldlldlldhhhllhdllhhllhdldhlldddhhdhl

---

\*\*\*Detach Upper Portion and Return with Payment\*\*\*

Collection Agency For: CITIBANK  N.A.
Account #:    4996679
Balance:     $14112.82

### SETTLEMENT OFFER / SAVE NOW/ TAX TIME!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

Please be advised Credit Control LLC. has been authorized to offer a settlement on the above referenced Sears Gold Mastercard account.

Funds in the amount of $7056.41 must be received in our office no later than March 31  2014.

You may issue payment over the phone via check or debit card free of charge.

If you are unable to pay the settlement amount, please contact our office to discuss a payment arrangement on the balance.

"We are not obligated to renew this offer."

Whenever $600.00 or more in principal of a debt is discharged as a result of settling a debt for less than the balance owing, the creditor may be required to report the amount of the debt discharged to the Internal Revenue Service on a 1099C form, a copy of which would be mailed to you by the creditor.  If you are uncertain of the legal or tax consequences, we encourage you to consult your legal or tax advisor.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They must not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person , other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. As required by law, you are hereby notified that a negative credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

198ONCRCT01604

Exhibit 3

**Credit Control, LLC**

PO Box 31179
Tampa FL 33631-3179
ADDRESS SERVICE REQUESTED

PO Box 31179 • Tampa, FL 33631
Office Hours Mon-Thur 8am to 8pm
Friday 8am to 5pm • Saturday 9am to 5pm
(800) 670-9944

Account #:4996679
Balance:   $14112.82

April 7, 2014

604        282463099

Fernanda Cunna
1829 Capistrano St
San Diego CA 92106-1705

Credit Control, LLC
PO Box 31179
Tampa FL 33631-3179

***Detach Upper Portion and Return with Payment***

Collection Agency For: CITIBANK  N.A.
Account #:      4996679
Balance:      $14112.82

### SETTLEMENT OFFER / SAVE NOW/ TAX TIME!!!!!!!!!!!!!!!!!!!!!!!!!!!!

Please be advised Credit Control LLC. has been authorized to offer a settlement on the above referenced Sears Gold Mastercard account.

Funds in the amount of $7056.41 must be received in our office no later than April 18  2014.

You may issue payment over the phone via check or debit card free of charge.

If you are unable to pay the settlement amount, please contact our office to discuss a payment arrangement on the balance.

"We are not obligated to renew this offer."

Whenever $600.00 or more in principal of a debt is discharged as a result of settling a debt for less than the balance owing, the creditor may be required to report the amount of the debt discharged to the Internal Revenue Service on a 1099C form, a copy of which would be mailed to you by the creditor.  If you are uncertain of the legal or tax consequences, we encourage you to consult your legal or tax advisor.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They must not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person , other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. As required by law, you are hereby notified that a negative credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

198ONCRCT01604

Exhibit 4

# CREDITCONTROL

Date:       05/09/2014

Name:       CUNNA FERNANDA
            1829 CAPISTRANO ST
            SAN DIEGO,CA 921061705

Re:         **SEARS GOLD MASTERCARD**

Account:    4996679/XXXXXX9361

Balance:    $ 14,112.82

Settlement Offer: **$ 3,528.21**

This is to advise that Credit Control, LLC., as authorized agent for **CITIBANK** has agreed to accept the settlement amount on the above noted account providing we are in receipt of the payment no later than **05/16/14**.

**If your payment is returned for any reason this offer is null and void.**

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

If you have any questions regarding this matter, please do not hesitate to contact this office at 1-888-401-9026.This information is from a debt collector.

Whenever $600.00 or more in principal of a debt is discharged as a result of settling a debt for less than the balance owing, the creditor may be required to report the amount of the debt discharged to the Internal Revenue Service on a 1099C form, a copy of which would be mailed to you by the creditor. If you are uncertain of the legal or tax consequences, we encourage you to consult your legal or tax advisor. The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. As required by law, you are hereby notified that a negative credit agency report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. But we will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described in the notice on the front of this letter.

THIS IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR: ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Regards,
**Hays Roden**
Manager

Exhibit 5