Scott M. Grace  S.B.N. 236621
Luftman, Heck & Associates, LLP
1958 Sunset Cliffs Boulevard
San Diego, CA 92107
sgrace@lawlh.com
Phone: 619-346-4600
Fax:  619-923-3661

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FERNANDA CUNHA** | Case No: 14CV2362 LAB JMA |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ALL PARTIES WITH PREDJUDICE** |
| vs. | |
| **CREDIT CONTROL, LLC** | |
| Defendant, | |

**NOTICE OF VOLUNTARY DISMISSAL OF ALL PARTIES WITH PREDJUDICE**

   COMES NOW Plaintiff, Fernanda Cunha, and dismisses the Complaint herein with prejudice at Plaintiff's cost pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Date:  January 9, 2015                                **Luftman, Heck & Associates**
                                                     /s/ Scott M. Grace
                                                     Scott M. Grace
                                                     Attorney for the Plaintiff,
                                                     Fernanda Cunha
                                                     sgrace@lawlh.com

**CERTIFICATE OF SERVICE**

I, Scott M. Grace, hereby certify that:

I am employed in the City and County of San Diego, California. I am over the age of eighteen years and not a party to this action. My business address is 1958 Sunset Cliffs Boulevard, San Diego, CA 92107. I am counsel of record for the plaintiff in this action.

On January 9, 2015, I caused the **NOTICE OF VOLUNTARY DISMISSAL OF ALL PARTIES WITH PREDJUDICE** to be served upon the parties listed below via the Court's Electronic Filing System:

**VIA ECF**
**Christopher R. Dryden, Esq.**
**cdryden@glrlegal.com**
**Attorney for Defendant**

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Diego, CA on January 9, 2015.

        **Luftman, Heck & Associates**
        /s/ Scott M. Grace
        Scott M. Grace
        Attorney for the Plaintiff,
        Fernanda Cunha
        sgrace@lawlh.com